UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIANNA HAMMER,

    Plaintiff,

v.     Case No: 2:18-cv-347-FtM-29MRM

LEE MEMORIAL HEALTH SYSTEM and JEOVANNI HECHAVARRIA, R.N.,

    Defendants.

### ORDER

This matter comes before the Court on review of the file. On June 12, 2018, Plaintiff filed a motion to dismiss defendant Jeovanni Hechavarria's counterclaim (Doc. #17), and on June 27, 2018, defendant Jeovanni Hechavarria filed a Response in which he withdrew his counterclaim (Doc. #18).

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion to Dismiss (Doc. #17) is **DENIED as moot** and defendant Jeovanni Hechavarria's counterclaim (Doc. #8) is **deemed withdrawn.**

**DONE and ORDERED** at Fort Myers, Florida, this ___19th___ day of March, 2019.

                                                              _____
                                                              JOHN E. STEELE
                                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties and Counsel of Record