```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

BRIANNA HAMMER,

       Plaintiff,

v.                                 Case No: 2:18-cv-347-FtM-PAM-MRM

LEE MEMORIAL HEALTH SYSTEM
and JEOVANNI HECHAVARRIA,
R.N.,

       Defendants.

---

**<u>ORDER</u>**

This matter comes before the Court on review of the file. This case has been reassigned to a visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge in and for the District of Minnesota, for all further proceedings.

Judge Magnuson requests that parties send <u>two</u> courtesy copies of dispositive motions and memoranda of law, and <u>one</u> copy of any affidavits, exhibits, and other supporting documents directly to his Chambers.[1] Judge Magnuson also requests that moving parties file a reply to all pending motions, due 7 days after the filing of any opposition memorandum, or 7 days from this Order, whichever date is later. The Middle District of Florida Local Rules regarding page limitations shall apply to such reply memoranda, so

---

[1] The mailing address is: Warren E. Burger Federal Building & U.S. Courthouse, 316 N. Robert St., Rm. 734, St. Paul, MN 55101.

that moving parties have a <u>total</u> of 25 pages for the motion, memorandum in support, and reply, collectively. <u>See</u> M.D. Fla. R. 3.01(a). As to those motions already filed and <u>ripe</u> for review, no replies should be filed at this time unless specifically prompted by Judge Magnuson.

A Motion Hearing and/or a Final Pretrial Conference will be scheduled for early 2020 before Judge Magnuson. Questions regarding scheduling or Judge Magnuson's preferences should be directed to his Courtroom Deputy at 651-848-1150.

Accordingly, it is hereby

**ORDERED:**

The case remains on the March 2020 trial calendar, but before the Honorable Paul A. Magnuson. A separate notice and/or trial calendar will issue at a later date.

**DONE and ORDERED** at Fort Myers, Florida, this __22nd__ day of November, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Paul A. Magnuson
Counsel of Record