UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Civ. No. 2:18-347-FtM-PAM-MRM

Brianna Hammer,

    Plaintiff,

v.  **ORDER**

Lee Memorial Health System and
Jeovanni Hechavarria, R.N.,

    Defendants.

_____

This matter is before the Court on Plaintiff's Motion (Docket No. 128) to Reconsider under Rule 60(b). For the following reasons, the Motion is denied.

Plaintiff disagrees with the Court's previous Order (Docket No. 127) and asks the Court to revisit it. Reconsideration of a Court Order is an extraordinary remedy and is therefore a power to be used sparingly. Griffin v. Swim-Tech Corp., 722 F.2d 677, 680 (11th Cir. 1984) (citations omitted). While a motion for reconsideration may be brought to prevent manifest injustice, Offices Togolais des Phosphates v. Mulberry Phosphates, Inc., 62 F. Supp. 2d 1316, 1331 (M.D. Fla. 1999) (collecting cases), it should not be used "to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." Michael Linet, Inc. v. Village of Wellington, 408 F.3d 757, 763 (11th Cir. 2005) (citations omitted).

Plaintiff's request for reconsideration does not raise any new evidence or new law. Rather, it repeats the arguments made in her opposition to Defendant's Motion for Summary Judgment and claims that the Court misconstrued those arguments or mistakenly interpreted the facts. Plaintiff has not presented a compelling reason to reconsider the Court's Order, and the Motion is denied.

**CONCLUSION**

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion for Reconsideration (Docket No. 128) is **DENIED**.

Dated: <u>March 18, 2020</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge